IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH EMMANUEL SOBECK,<br><br>Defendant. | Cause No. CR 15-153-BLG-SPW<br><br><br>ORDER |

On February 17, 2021, Defendant Sobeck moved the Court for early termination of his supervised release. *See* Mot. for Early Termination (Doc. 70) at 1. Sobeck pled guilty to being a felon in possession of a firearm and was sentenced to 30 months in prison, followed by a two-year term of supervised release. *See* Judgment (Doc. 61) at 1–3.

Early termination may be granted if the defendant has served at least one year on supervised release and if termination "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

Sobeck began serving his term of supervised release in the Southern District of Florida in October 2019. But the United States reports that he was recently arrested on a charge of driving under the influence of alcohol and other traffic offenses. *See* Resp. to Mot. (Doc. 71) at 2. The Court is unable to find that

Sobeck's conduct warrants early termination when it is not clear whether he has maintained compliance with his conditions of release. *See also* 18 U.S.C. § 3553(a)(2)(C).

Accordingly, IT IS ORDERED that Sobeck's motion for early termination of his supervised release (Doc. 70) is DENIED.

DATED this 29th day of March, 2021.

                                                  SUSAN P. WATTERS
                                                  United States District Judge